1  SCOTT J. FERRELL (S.B. #202091)
   sferrell@trialnewport.com
2  NEWPORT TRIAL GROUP
   A Professional Corporation
3  610 Newport Center Drive, Suite 700
   Newport Beach, CA 92660
4  Telephone:  (949) 706-6464
   Facsimile:  (949) 706-6469
5
   Attorneys for Plaintiff and the Class
6
   DANIEL M. PETROCELLI (S.B. #97802)
7  dpetrocelli@omm.com
   RICHARD G. PARKER (S.B. #62356)
8  rparker@omm.com
   CARLOS M. LAZATIN (S.B. #229650)
9  clazatin@omm.com
   O'MELVENY & MYERS LLP
10 400 South Hope Street, 18th Floor
   Los Angeles, CA  90071-2899
11 Telephone:   (213) 430-6000
   Facsimile:    (213) 430-6407
12
   Attorneys for Defendants
13 The Walt Disney Company; Walt Disney
   Studios Home Entertainment, Inc.; The Baby
14 Einstein Company, LLC

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| MARIAM YUSUF, individually, and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation; WALT DISNEY STUDIOS HOME ENTERTAINMENT, INC., a corporation; THE BABY EINSTEIN COMPANY, LLC, a Colorado limited liability company; and DOES 1 to 250, Inclusive,<br><br>             Defendants. | Case No. SACV10-00231 CJC (ANx)<br><br>**[PROPOSED] ORDER DISMISSING CASE PURSUANT TO RULE 41(a)**<br><br>**Hon. Cormac J. Carney**<br>**Courtroom 9B** |

NB1:798355.1                                    [PROPOSED] ORDER RE: DISMISSAL

1  In accordance with the Stipulation for Dismissal With Prejudice Pursuant to Rule 41(a) submitted jointly by the parties on June 3, 2010,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's complaint in the above-captioned action is DISMISSED in its entirety, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

2. Plaintiff's individual claims are dismissed with prejudice;

3. The class allegations are dismissed without prejudice;

4. Each side shall bear its own attorneys' fees and costs, and all parties waive any right to seek attorneys' fees or costs incurred in connection with the above-captioned action.

Dated: June 4, 2010

_____
Hon. Cormac J. Carney
U.S. District Court Judge